USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/16/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
AARON SMALLS,

Plaintiff,

-against-

08 Civ. 4367 (DAB)
ORDER

CAPTAIN JUMMOTE, ET AL,

Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

The Court's records indicate that the Complaint was filed on May 9, 2008. Summonses were issued as to Defendants on the same date, however, it appears from the Court's records that no Defendants have yet been served in this matter.

The Clerk of Court is directed to issue new summonses to the Plaintiff so that he may request that the United States Marshal for this District attempt to effect service of process on Defendants.

SO ORDERED.

Dated: New York, New York
April 16, 2009

Deborah A. Batts
Deborah A. Batts
United States District Judge